HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
SAID AHMEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAID AHMEDI,<br><br>Defendant. | Case No. 2:20-PO-00299-AC<br><br>STIPULATION AND ORDER TO CONTINUE BENCH TRIAL<br><br>Date:  March 8, 2021<br>Time:  9:00 a.m.<br>Judge:  Hon. Allison Claire |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Special Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for SAID AHMEDI, that the bench trial set on March 8, 2021 at 9:00 a.m. be continued to May 17, 2021 at 9:00 a.m.

This continuance is requested because defense counsel needs additional time to investigate and prepare witnesses for trial.

/ / /

/ / /

/ / /

DATED: February 23, 2021                Respectfully submitted,

                                        HEATHER WILLIAMS
                                        Federal Defender

                                        */s/Linda C. Allison*
                                        LINDA C. ALLISON
                                        Assistant to the Federal Defender
                                        Attorneys for Defendant
                                        SAID AHMEDI

Dated: February 23, 2021                McGREGOR W. SCOTT
                                        United States Attorney


                                        */s/ Alstyn Bennett*
                                        ALSTYN BENNETT
                                        Special Assistant United States Attorney


## ORDER

IT IS HEREBY ORDERED that the bench trial set for March 8, 2021, be continued to May 17, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 23, 2021

                                        _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE