PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:20-po-00299-AC |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING ) GOVERNMENT'S MOTION TO RESET |
| v. | ) COLLATERAL, VACATE BENCH TRIAL, ) AND SET STATUS CONFERENCE |
| SAID ZAHER AHMEDI, | ) |
| Defendant. | ) DATE: May 17, 2021 ) TIME: 9:00 a.m. ) JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral, Vacate Bench Trial, and Set Status Conference is GRANTED. Defendant Said Zaher Ahmedi shall be permitted to forfeit collateral in case number 2:20-po-00299-AC in the amount of $200.00, plus a processing fee of $30.00, for a total amount of $230.00, payable on or before August 2, 2021 to the Central Violations Bureau. The bench trial previously scheduled for May 17, 2021 is vacated.

///

///

///

[PROPOSED] ORDER     1     U.S. V. SAID ZAHER AHMEDI

The matter is further set for status conference on August 2, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE